# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| NADINE FLOOR COMPANY, INC., | § | |
| | § | |
| *Plaintiff,* | § | Civil Action No. 4:25-cv-01128 |
| v. | § | Judge Mazzant/Judge Davis |
| | § | |
| VERONICA B. JORDAN, *et al.* | § | |
| | § | |
| *Defendants.* | § | |
| | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On June 16, 2026, the Magistrate Judge entered a Report and Recommendation (Dkt. #21) that Plaintiff Nadine Floor Company, Inc.'s Motion to Remand (Dkt. #6) be granted and Defendants Veronica Jordan's and Derick Jordan's Motion to Conduct Jurisdictional Discovery (Dkt. #8) be denied. On June 30, 2026, Defendants filed Objections (Dkt. #23) to the Report.

The Court has conducted a *de novo* review of the Objections and is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the Objections are without merit as to the ultimate findings of the Magistrate Judge. Accordingly, the Objections (Dkt. #23) are **OVERRULED** and the Magistrate Judge's Report is **ADOPTED** as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff Nadine Floor Company's Motion to Remand (Dkt. #6) is hereby **GRANTED** and Defendants' Motion to Conduct Jurisdictional Discovery (Dkt. #8) is hereby **DENIED**.

It is **FURTHER ORDERED** that this case is **REMANDED** to the 493rd Judicial District Court of Collin County, Texas.

**IT IS SO ORDERED**.

**SIGNED this 23rd day of July, 2026.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE